**LEVINGSTON, KAREN D**

**Exhibit A**

AMA REPORT INFORMATION

Explanation of data fields:

| | |
|---|---|
| Call Type: | Used primarily for AT&T internal billing purposes |
| Connect Date/Time: | Date, time, call was connected |
| Originating #: | Area code and telephone number that originated the call (the from #) |
| Terminating #: | Area code and telephone number where the call terminated (the to #) |
| Call Duration: | Length in time of the call (hours:minutes:seconds) |
| CIC: | Carrier ID Code containing first four digits only (CIC 0288 is AT&T) |

Control Number: 2012-09-12-073

Request for: 305 350-7440

| Call Type | Connect Date/Time | Originating# | Terminating# | Call Duration | CIC |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 060 2012-08-02 15:33:10ET 3053507440 | 3128809160 | 0:02:24 | 03771 |
| 060 2012-08-02 15:33:10ET 3053507440 | 3128809160 | 0:02:24 | 03779 |
| 119 2012-08-02 14:33:10CT 3053507440 | 3128809160 | 0:02:24 | 02882 |
| 110 2012-08-02 15:33:11ET 3053507440 | 3128809160 | 0:02:23 | 03771 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 060 | 2012-08-03 | 11:07:15ET | 3053507440 | 3128809160 | 0:01:24 | 03779 |
| 119 | 2012-08-03 | 10:07:15CT | 3053507440 | 3128809160 | 0:01:25 | 02882 |
| 110 | 2012-08-03 | 11:07:16ET | 3053507440 | 3128809160 | 0:01:24 | 03771 |
| 060 | 2012-08-03 | 11:07:17ET | 3053507440 | 3128809160 | 0:01:24 | 03771 |



| | | | |
|---|---|---|---|
| 119 2012-08-03 11:58:44CT 3053507442 | 3128809160 | 0:00:09 | 02882 |
| 060 2012-08-03 12:58:45ET 3053507442 | 3128809160 | 0:00:08 | 03771 |
| 060 2012-08-03 12:58:45ET 3053507442 | 3128809160 | 0:00:08 | 03779 |
| 110 2012-08-03 12:58:46ET 3053507442 | 3128809160 | 0:00:08 | 03771 |