UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE #6<br>    Petitioner,<br><br>v.<br><br>MILLENNIUM TGA, INC.<br>    Interested Party<br><br>v.<br><br>VERIZON ONLINE, LLC,<br><br>    Respondent. | Misc. No. 12-412 (RCL)<br><br>**FILED**<br>NOV 15 2012<br>Clerk, U.S. District and<br>Bankruptcy Courts |

## ORDER

Now before the Court is plaintiff John Doe #6's Notice of Voluntary Dismissal and Withdrawal of Pending Motion to Quash [11] filed on October 9, 2012, through which the Court was informed that plaintiff's underlying case had been dismissed.

It is therefore hereby

**ORDERED** that all outstanding motions are denied as moot; and it is

**FURTHER ORDERED** that the miscellaneous case no. 12-412, all parties thereto having obtained satisfaction of their claims, is hereby closed.

**SO ORDERED** this 14 day of November 2012.

_____
ROYCE C. LAMBERTH
Chief Judge
United States District Court

1